UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Triston Trevor Atkinson

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

Bill William Henry Gates, George Bush Junior
Barack Obama

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**14 CV 4680**

**COMPLAINT**

RECEIVED
JUN 12 2014
PRO SE OFFICE

Jury Trial: ☑ Yes ☐ No
(check one)

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff    Name    Triston Trevor Atkinson
             Street Address    1241 Boynton Avenue
             County, City    Bronx
             State & Zip Code    New York 10472
             Telephone Number    1 (718) 991-3150

B.    List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1    Name    Bill William Henry Gates
                   Street Address    1835 73rd Avenue

_Rev. 05/2010_

County, City _Washington_____

State & Zip Code _Nevada_____

Telephone Number _____

**Defendant No. 2**    Name _George Bush Junior_____

Street Address _2943 SMU Boulevard_____

County, City _Dallas_____

State & Zip Code _Texas 75205_____

Telephone Number _____

**Defendant No. 3**    Name _Barack Obama_____

Street Address _1600 Pennsylvania Avenue NW__

County, City _~~Washington~~, DC_____

State & Zip Code _Washington DC, Pennsylvania  20500_

Telephone Number _____

**Defendant No. 4**    Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal Questions               ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _My 1st Amendment right, My 8th Amendment right, Burglary,_ _Cruel and Unusual punishment, My 14th amendment rights, Assault,_ _Sodomy_____

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

## III.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur?   In the United States of america
~~The the~~ Bronx New York, ~~It was just 5 States~~

B.   What date and approximate time did the events giving rise to your claim(s) occur? _____
from 2007-2014

C.   Facts: I was enslaved ~~enslaved~~ by Bill Gates and his homes technological capabilities. I was shaken into seizure like symptoms and forced to confess about my sex life, former mental illness and my private life. My body was being over heated and stricken with cold year round. And my penis suffered discoloration. I was being told things like if I don't give up on love and become a police officer to correct his dissatisfaction with me he would follow me until I was hospitalized for life or killed by his technologies capabilities. Bill Gates shook my body uncontrollably until I wound up hospitalized and diagnosed with schizophrenic effectiveness. George Bush's use of the technology the tabis contract with Bill Gates for his use of me technology based my right testicle causing a tremendous amount of pain in my ??. Barack Obama sodomized me with his new new ??renewed contract with the ~~Bill Gates~~ Bill Gates') technology during my evaluation for a job I was in Riverdale new york and in my sleep causing me great discomfort and failure to compete my job evaluation. The C.I.A. and secret service were involved. The mental rehabilitation staff at Jacobi Hospital saw what happened too. My caretakers and my doctors saw what happened too.

**boxes in left margin:**
What happened to you?
Who did what?
Was anyone else involved?
Who else saw what happened?

## IV.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I required ~~it~~ day treatment at the Bronx real mental rehabilitation day treatment center. I required a podiatry evaluation for my feet being over heated during my exercise and am currently (or I'm currently) on phychotropic medication.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.  I want $ 75,000,000 of U.S. american currency and I want the court to not allow Bill Gates or any future public official dignitary elected official, staff armed forces personel or elected phone representative or citizen of the world of any government agency there in, about and or above to ever use or be able to use this technology on me or any citizen of the world ever again.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 12 day of June , 2014 .

Signature of Plaintiff        Luiston Atkinson

Mailing Address        1241 Boynton Avenue 10472

Bronx, New York

Telephone Number        1 (718) 991-3156

Fax Number *(if you have one)* _____

**Note:**    All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____