UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Eng

Plaintiff

Andrei Linde

Defendant

AMENDED COMPLAINT

14cv4677

I.      Parties

Plaintiff Kenneth Eng resides at PO Box 527315,Flushing, NY 11352
Defendant Andre Linde resides at Department of Physics, Varian blg. 352, Stanford University
Stanford, CA 94305

II.     The jurisdiction of the Court is invoked pursuant to 17 U.S. CODE § 501.
III.    Andrei Linde published an idea that the universe and everything in it is conscious. This was an idea that I published as far back as 2002, and again in 2005 and 2007. See the following link:

http://www.aip.org/history/ohilist/34321.html

Here is a quote: "**Linde:** If you ask me, do we understand precisely? No, of course we do not. Different people use this word differently. For example, I was a referee of one book about the universe, in which a man used this word as freely as he wanted. He used the word metagalaxy and universe and something else for the same object and for different objects. There was a mixing of different meanings. For anyone [who] tries to understand it, at least, the universe is everything which exists. However, this may be not the last word in the interpretation of this subject since, first of all, the question [arises] whether we should include consciousness in the definition of everything which exists."

I published this idea in 2004 in an article I wrote for Down In The Dirt:

http://scars.tv/dirt/dirt008.htm

I also published the idea in the first paragraph of Chapter 5 in Dragons: Lexicon Triumvirate. It was also in The 0th Dimension, published 2007. The transcript on that above website claims that Linde published his idea in 1987, but this cannot be confirmed. I don't believe him.

I registered this idea in a novel I wrote in 2004 called the Theory of Nothing, registered January 16, 2004. The number is TXu1-156-126. It was also in my screenplay The 0th Dimension, registered August 15, 2003. It was even registered in my project Wardream, registered Nov. 13, 2002. I also registered it in the WGA in July 2002.

AUG 2 2 2014

PRO SE OFFICE

IV.   I am seeking $200,000 in damages from Andre Linde.

August 20, 2014

My phone is on file



Kenneth E~

P.O. Box 527315

Flushing NY 11352

USDNY USMs

NEW YORK
NY 100
21 AUG '14
PM 13 L

FOREVER

P.o Se Office

U.S Federal Court, Southern

500 Pearl A.

NY NY 10007

10007131608

Case 1:14-cv-04677-LAP   Document 5   Filed 08/22/14   Page 3 of 3